STATE OF CONNECTICUT *v.* ROGER MIKE*

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 907 (AC 20157), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court's refusal to apply the exclusionary rule at the defendant's violation of probation hearing did not violate article first, § 8, of the Connecticut constitution?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16532.

*Michael Moscowitz,* special public defender, in support of the petition.

*Eileen McCarthy Geel,* assistant state's attorney, in opposition.